# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Victor Flores

Plaintiff

v.

Anoka County,
Sheriff Podany,
Lt. Pacholl,
Sgt. Hendrickson,
Corporal Pospisil,
and seven unknown defendants

Defendants

Case No. Civil 01-1895 JRT/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is dismissed. Plaintiff's application to proceed in forma pauperis is denied. Plaintiff is required to pay the unpaid balance of the court filing fee.

DATE: September 25, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk