# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1378

CV 01-1895 JRT/ESS

| | | |
|---|---|---|
| Victor Flores,<br><br>Appellant,<br><br>v.<br><br>Anoka County; Sheriff Podany; Lt. Pacholl; Sgt. Henrickson: Corporal Pospisil; Seven Unknown Defendants,<br><br>Appellees. | * * * * * * * * * * * * | Appeal from the United States District Court for the District of Minnesota |

JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

April 30, 2003

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

JUN 16 2003

Vem.

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 03-1378

| | | |
|---|---|---|
| Victor Flores, | * | |
| | * | |
| Appellant, | * | |
| | * | CV01-1895 JRT/ESS |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| Anoka County; Sheriff Podany; | * | of Minnesota. |
| Lt. Pacholl; Sgt. Henrickson; | * | |
| Corporal Pospisil; Seven Unknown | * | [UNPUBLISHED] |
| Defendants, | * | |
| | * | |
| Appellees. | * | |

Submitted: April 29, 2003

Filed: April 30, 2003

Before MELLOY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Victor Flores appeals the district court's* dismissal of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record, we conclude

*The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

FILED JUN 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM

dismissal was proper for the reasons explained by the district court. We thus affirm the judgment of the district court. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.